**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARQUIS WILSON,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-4257** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
|     Defendant. : | |

**ORDER**

This 26th day of April, 2022, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 29, is **GRANTED**, for the reasons set forth in the accompanying memorandum.

                                              /s/ Gerald Austin McHugh
                                              United States District Judge