**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARQUIS WILSON** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-4257** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

This 20th day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 58, is **GRANTED**.

The Clerk of Court is **REQUESTED** to mark this case closed for administrative purposes.

    /s/ Gerald Austin McHugh
United States District Judge